

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00405-CR

The **STATE** of Texas,
Appellant

v.

Sandi Elaine **BECKMAN**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11623
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED June 5, 2013.

_____
Patricia O. Alvarez, Justice